■ A.K.S. JEWELRY MANUFACTURING CORP., Respondent, v DORAS DISTRIBUTOR, INC., et al., Defendants, and CHASE MANHATTAN BANK, N. A., Appellant. [619 NYS2d 270] —Judgment,

Supreme Court, New York County (Andrew Ryan, Jr., J.), entered November 1, 1993, which, after a nonjury trial, awarded plaintiff the total sum of $134,139.50, unanimously affirmed, with costs.

Defendant payor bank received the subject check from the depositary bank, but did not act on it within the time required by UCC 4-302. Accordingly, the delay was tantamount to final payment of the check *(see, SOS Oil Corp. v Norstar Bank,* 76 NY2d 561, 567) and defendant is liable. That plaintiff may also have a cause of action against the collecting bank for the alleged improper debiting of plaintiff's account is of no avail to defendant *(see, e.g., Corsica Livestock Sales v Sumitomo Bank,* 726 F2d 374). Concur—Murphy, P. J., Sullivan, Kupferman, Asch and Tom, JJ.